IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                December 13, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

MARIBEL LEBRON-TORRES, et al

vs                                                   CIVIL 98-1706CCC

WHITEHALL LABORATORIES, INC., et al

By order of the Court, the Urgent Notice of Issuance of the United States Supreme Court Decisions Relevant to this Case (**docket entry 38**) is MOOT. The docket shall so reflect.

The Request for Notification of Order and Judgments by FAX (**docket entry 40**) is GRANTED. Parties to be notified.

            - Secretary