IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIBEL LEBRON-TORRES, per se and her
husband NORBERTO VALENTIN-
MERCADO, and their conjugal partnership

Plaintiffs

vs                                                    CIVIL 98-1706CCC

WHITEHALL LABORATORIES, INC.,
unknown employer ABC

Defendants

## PARTIAL JUDGMENT

Having considered Plaintiff's Response to Motion for Partial Summary Judgment of Title VII Claim (**docket entry 31**) in which she requests withdrawal of said claim, the same is GRANTED. Plaintiff's claim under Title VII is voluntarily DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 16, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)