IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
3-30-00
PURSUANT
TO FRCP RULES 58 & 79a

MARIBEL LEBRON-TORRES, per se and her husband NORBERTO VALENTIN-MERCADO, and their conjugal partnership

Plaintiffs

vs

CIVIL 98-1706CCC

WHITEHALL LABORATORIES, INC., unknown employer ABC

Defendants

## JUDGMENT

For the reasons stated in our Opinion and Order filed on this date, the Motion for Summary Judgment (**docket entry 22**) is GRANTED and this action is DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 29, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)