UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARIBEL LEBRON - TORRES, per se and her husband NORBERTO VALENTIN MERCADO, and their conyugal partnership

Plaintiffs

vs.

CIVIL 98-1706CCC

WHITEHALL LABORATORIES, INC., unknown employer ABC

Defendants

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIBEL LEBRON - TORRES, per se and her husband NORBERTO VALENTIN MERCADO, and their conyugal partnership, the plaintiff appeals to the United States Court of Appeals for the First Circuit from the final judgement of the District Court for the district of Puerto Rico, entered in this case on March 29th, 2000, where said court Granted a Motion for Summary Judgement and Dismissed the action.

The parties to the judgement appealed from and the names and addresses of their respective attorneys are as follows: Juan F. Matos Bonet, Attorney for the Appelants, G.P.O. Box 362677, San Juan, Puerto Rico 00936-2677; Anita Montaner Sevillano McConnell Valdes,, Attorneys for the defendant, P.O. Box 364225, San Juan, Puerto Rico 00936-4225.

I hereby certify that on this date I notified copy of this Notice of Appeal to Anita Montaner Sevillano McConnell Valdes,, Attorneys for the defendant, P.O. Box 364225, San Juan, Puerto Rico 00936-4225.

Dated: April 28th, 2000

JUAN F. MATOS BONET
USCA-FC-10355 / 27648
USDC-PR: 117707
Attorney for the Appelants
G.P.O. Box 362677
San Juan, Puerto Rico 00936-2677
Tels.: (787)781-3355 / 783-9248
Fax: 793-4320